IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Susan Rebecca Teller
Plaintiff

-vs-

U.S. Attorney General
U.S. Attorney, N.D. Ohio
Defendant(s)

CASE NO. 1:16 CV 1417

JUDGE POLSTER

COMPLAINT

MAG. JUDGE BAUGHMAN

1. Plaintiff: Susan Rebecca Teller
   6501 Marsol Road
   Blg. 1, Apt. 546
   Mayfield Hts, Ohio
   44124

Defendants: U.S. Attorney General
Department of Justice
Washington D.C. 20044

U.S. Attorney N.D. Ohio
Carl B. Stokes
US Court House
801 West Superior Ave.
Suite 400
Cleveland, Ohio
44113-1852

2. Courts Jurisdiction is based on violation of 18 USC 2261A - Stalking/Harassment

3. Facts of Case - See attached pages

14 June 2016

This page and the following pages contain all the examples and facts concerning the Department of Defense's violation of 18 USC 2261A-Stalking which make up the basis of my complaint. Every single incident of stalking and harassment listed in chronological order ever since I, Susan Teller, formerly Susan Jasinski, sent a solicited quality of life e mail to the then acting Secretary of the Air Force in July of 1999 is true in fact and makes clear a definitive presence of the Department of Defense and people affiliated with the Department of Defense establishing a very obvious pattern of stalking and harassment of not only myself but my extended family as well over these last 17 years. While the events contained herein are all true in fact, the timeline is a best guess estimate on the part of plaintiff, Susan Teller formerly Susan Jasinski.

July 1999

Solicited quality of life e mail sent to the then acting Secretary of the Air Force concerning the problems we were having with the engineering squadron in preventing our entire yard from turning into a lake each and every time it rained. Also addressed was the condition of the most of the yards in my neighborhood and the fact that all of us residents had the same problem of extreme flooding and lake like conditions in our yards when it would rain preventing not only my family but many other families as well from using not only their yards but carports for days at a time after the rains and also caused our home to have water leakage within the laundry and kitchen area as a result of the flooding.

The day following my e mail our home telephone service was shut off for 5 days.  My husband informs me that the then acting Secretary of the Air Force confronted and came down very hard on all the high ranking officers within his squadron and the engineering squadron due to my e mail.

The following week I was given a direct order from my now ex-husband's (now retired MSgt. Michael A. Jasinski) then commander to never contact any entity within the federal government ever again. Also, my ex-husband stated that his commander told him if I did contact anyone in the federal government again his military service career would come to an abrupt end.

Beginning of August 1999-The very night my ex-husband returned from a TDY we started receiving what would turn out to be 4 years of non-stop hang up telephone calls every hour on the hour between the hours of 10am until 8pm. Each time the individual would just sit on the line until we would disconnect the call.

One month later-August 1999-my son, Michael Jasinski II was physically assaulted by his kindergarten teacher, Mrs. Tillman, at the Robins AFB Elementary School after the teacher refused to let his father take a tour of the classroom and was told he had to leave.  As a response to my son being upset by his father having to leave, the teacher grabbed my son and pulled him back into the classroom by the arm full force causing him to fall to the floor in the hallway of the school which also caused his arm to be extremely sore for at least 2 weeks afterward.

Late August 1999-The specialist handling my high risk pregnancy, high risk due to my lupus phospholipid blood disorder which causes the blood in the umbilical cord to clot, perinatal specialist, Dr Boddy, Macon, Georgia, informs me that my daughter, Rachel, must be removed from in utero at 25 weeks or

she will not survive the entire pregnancy and he was in the process of petitioning the military family practice doctors at the Robins AFB medical clinic to grant him permission to take over handling the rest of my pregnancy. Dr. Boddy states he is concerned over the risk of one of the clots in the umbilical cord busting loose and travelling to either Rachel's heart or brain.

September 1999-I was informed by the military family practice physicians at Robins AFB medical clinic that they will not allow Dr. Boddy to take over handling the rest of my pregnancy and state they will let the pregnancy go as far as it can.

Early November 1999-My ex-husband and I are called to the Robins Elementary School by the principle for a meeting concerning the withdrawn behavior of our son Michael since the incident of physical abuse by his teacher. We are told our son will not communicate with the substitute teacher who would be filling in for his regular teacher for the remainder of the school year due to an injury the regular teacher sustained the week following her physical abuse of my son in the classroom. The principle also informs us that our son is being followed around the school by the guidance counselor and that our son is withdrawn all throughout the day at school. We explain to the principle Ms. Tillman's abuse to our son was an extreme act and a serious offense to our son's schooling and instruct them to leave our son alone as the principle stated the substitute teacher was trying to bully our son into communicating with her. We also instructed the principle to inform the school counselor to cease and desist from following our son around the school all day long as she was as perhaps he became aware of her doing so which is what would lead him to be withdrawn throughout the entire day. Our son, Michael, did admit to being aware of the counselor following around the school and did explain to us the counselor's actions of following him around the school made him extremely uncomfortable throughout the entire school day for all the 3 months she was doing so.

Thanksgiving day 1999-While home in Ohio for a family holiday vacation, I feel no fetal movement for upwards of 8 hours. My husband and I go to Geauga Hospital emergency room for ultrasound evaluation. After the ultrasound evaluation, we are informed by the staff physician that Rachel has died in utero at 38 weeks gestation.

5 days later, upon returning to Robins AFB, I undergo a C-section to delivery Rachel. After the delivery, the physician performing the procedure informs me that Rachel was a mongoloid. Please see photos of Rachel enclosed. First off, I was extremely offended by the physician's use of the word mongoloid. And, as the photos show, Rachel was physically and anatomically perfect and shows no sign of having been "mongoloid" or having Downs syndrome as the physician suggested.

Jan 2000-Receive the autopsy report from the hospital which states that Rachel died from a blood clot in the umbilical cord busting loose which travelled to her brain causing her to experience an aneurism while in utero. This information from the autopsy confirmed Dr. Boddy's concerns to be valid and correct. This information also stood as proof of medical malpractice on the part of the military family practice physicians due to their refusing to allow Dr. Boddy to handle the pregnancy.

February 2000-Accept full-time sales assistant position at GIGA, Incorporated. I am placed on the sales team with Air Force reservist Security Police officer Jeff Donavant. During my year of employment at GIGA, Jeff regularly confronts me about my political beliefs, at one point, asserting to me that I should go live in Russia due to my liberal political beliefs. On several occasions, Jeff suggests that I leave my now ex-husband and leave my children behind. Jeff also makes a point of driving by our home regularly whenever he is on official SP reservist duty on Robins AFB.

April 2000-Switch of housing on Robins AFB is approved. We move to 11th Street Circle. Discover my next door neighbor is attached to the engineering squadron I had problems with concerning our yard and its flooding conditions located on Chiefs Drive on Robins AFB. His children are not allowed to play with our children for the entire 2 years we reside at 1238a 11th Street Circle. In retrospect, given my suspicion of the number 11 and my verbal expression of that within our residence on Chiefs Drive when we applied for a switch in housing, I have concluded that after my e mail, our family was, more than likely, already under OSI surveillance.

September 2000-New neighbors move in within the culd-e-sac and their children, Louis and Brian are extremely incorrigible. The female is British and her husband remains in the home the majority of the time for the entire 2 years we lived there. The female states that he does not work during our entire 2 years living there on 11th Street Circle. Their children regularly harassed and bully our children within the neighborhood and during school hours. The mother refuses to address the issues whenever I confront her regarding their bullying of our children.

July 2000-Our son, Michael, is blatantly discriminated against by the Tiger Cubs, junior Boy Scout troop on case by being denied a legitimate win of the annual Pinewood Derby. Even the child announced the winner, the son of an officer, states he does not understand why he was picked when our son won the race.

November 2000-Personal property from our carport begins to be stolen on regular basis. Bicycles, children's toys, garden items and furniture, lawn chairs, etc.

April 2001-My ex-husband and I file a tort action for medical negligence against the Department of Defense concerning the death of our daughter, Rachel, on Thanksgiving Day 1999. Attorney John Caldwell of Bond, Botes and Caldwell, El Paso, Texas is our attorney of record.

May 2001-Inform GIGA Inc. that I need to have a thyroidectomy medical procedure. Ask for medical time off. Denied medical leave, end up having to quit the position.

August 2001-The neighbor's child, Louis attempts to drown my daughter, Joanna, while swimming at the Robins AFB pool. Joanna severely traumatized. Joanna experiences nightmares about the attempted drowning for up to 6 months afterwards.

October 2001-While attending a haunted hayride to celebrate Halloween, a military member working on the hayride jumps onto the back of the wagon we are on and goes right to my daughter and shoves a running chain saw within one inch of her face. My daughter, Joanna, was completely terrorized and the incident caused her to have a fear of open windows (to mean, free of window coverings) at night, a phobia that was still in existence in 2006 and perhaps later than that.

January 2002-I begin attending Macon State College and become a features reporter with the school publication, *The Matrix*. Within one month of my joining the school newspaper, the son of an OSI officer joins the staff. I begin to notice him following me around the campus regularly. Also, a woman named, Doris, who tells me her husband is a JAG lawyer has placement in at least 2 of my 3 courses. Regularly discusses with me why I choose to stay in Georgia rather than returning home to attend college.

March 2002-My son, Michael, is sexually molested by a fellow student during recess while playing on the playground at Robins Elementary school.

March 2002-Go to Air Force Security Police squadron to report what was then 3 years of daily hang up telephone calls. Regularly change our telephone number at least 4 times in an attempt to end the calls, however, each time, within days, the hang up call begin again. Am told by the Security Police there is no action they can take to end the calls.

May 2002-I hold a joint birthday party for my children in which they both invite up to 10 children each from their school classes. All children's parents are military members. The children completely trash my children's rooms, breaking their toys and spent the entire time being mean to our children.

June 2002-While I am employed at the Robins Air Force Base bowling alley, Robins Lanes, in which I am the night facilities manager and front counter clerk, members of my ex-husband's squadron and children of members of my husband's squadron join the working staff at the bowling alley as well in the snack bar. For the remainder of time employed at the bowling alley, these new staff members cause nothing but problems for me as manager by regularly stealing from the cash drawers, causing the drawers to be short, "supposedly" have extra marital affairs with wives of other active duty members which caused regular spousal outburst and confrontations during my shift. The also steal food and alcohol from the storage room and steal from the waitress staff. The children of the military members were left to run free throughout the bowling alley while their parent's bowled and regularly picked fights with each other and harassed my children and caused property damage to the facility. All of these actions taken caused me to have problems daily with the head manager of the facility as I was always called upon to explain the actions of the employees under my supervision.

July 2002-Individual named, Tim, who works at Robins Lanes bowling alley and also is a member of my husband's military squadron informs me that my husband is cheating on me while on temporary duty assignments.

August 2002-Due to the continued and constant harassment of my children at the local elementary school, coupled with the continuing hang up telephone calls and the embarrassment of being told my husband is cheating on my while on temporary duty as well as all the other incidents of harassment of me and our family, my children and I move out of our residence at 1238 11th Street Circle, Robins AFB and move to 110 Deborah Drive in Centerville, Georgia. My ex-husband and I are now separated.

November 2002-New residence infested with mice. Landlord will take no action. My daughter, Joanna, suffers severe allergic reaction to mice dander, a reaction to severe she almost dehydrates to death. Treated at the local hospital. Even then, the landlord will take no action. The park maintenance is run by a couple who live behind us. The man is attached to the Robins Air Force Base engineering squadron named in my solicited quality of life e mail in 1999.

March 17 2003-File for divorce from my ex-husband via Attorney Jon Hawk who is employed with the largest, richest, most powerful law firm in middle Georgia, Sell and Melton. I was referred to the firm by my new boyfriend, my former English professor, Eckhard Gerdes. Eckhard learns of the firm and is referred to the firm by one of his teaching colleagues at Macon State College. Later discover, as the facts will show, the 2 senior partners in the firm are both Department of Defense affiliated. One is an Air Force Reserve General and the other is a Naval Reserve admiral. The relevance of this fact is shown later in this timeline of events.

May 2003-Divorce from my now ex-husband, presently retired MSgt. Michael Jasinki, becomes final. While working at Robins Lanes bowling alley, the computer system starts shutting down on a regular basis, the problems with my co-workers and their illegal activities escalate as well as the delinquent behavior of the children of military members who are left to run wild in the bowling facility when their

parents are bowling. Due to the stress of the computers breaking down on a weekly basis and the unrelenting uncontrollable delinquent and criminal behavior of co-workers and children of military members, I am forced to give up my position as night facilities manager at Robins Lanes, Robins AFB, Georgia.

June 2003-I am contacted by ex-husband and told he had been contacted by John Caldwell and asked to settle our tort action. My ex-husband reveals to me his financial struggle, begs me to settle our tort action. I agree to settle our tort action for $40,000.00. My ex-husband and I agree to split the settlement 60/40 with John Caldwell taking $10,000. I am awarded $18,000 and my ex-husband is awarded $12,000.

August of 2003-Me, my new husband, Eckhard Gerdes, and our combined children move to Forsyth, Georgia after the purchase of a new home in the area.

January 2004-My daughter, Joanna, upon return from a visit with her father over the Christmas and New Year holidays reveals to me that she was physically assaulted by new stepsister. Ex-husband has remarried to active duty military member.

February 2004-Jon Hawk gives my ex-husband legal advice which led to my having to take responsibility for $10,000 in credit card debt my ex-husband was to have responsibility for as per the terms of our divorce agreement. I am informed by my ex-husband that Attorney Jon Hawk did not include the bills in writing in our final settlement. Jon Hawk refuses to admit to our discussing the bills and my ex-husband's agreement to pay the bills in his presence during our settlement negotiations.

March 2004-Inform Jon Hawk that I am filing a bar complaint against him for violating the attorney code of conduct when he gave my ex-husband legal advice and instructed him that all he had to do was to remove the bills from the joint debt consolidation firm they were listed with. In return to my threat of a bar complaint, Jon Hawk states, "if you file a bar complaint against me, I will make sure you never take the bar exam in the state of Georgia." I am an active college student at this time and had expressed to Attorney Hawk my desire to complete law school during our initial meetings before securing him as the attorney to handle my divorce.

April 2004-I file a bar complaint against Attorney Jon Hawk with the Georgia Bar Association.

May 2004-My new husband, Eckhard Gerdes and I begin to receive hang up telephone calls again at our new residence. And a woman, BJ Lasker, who is friends with military spouses at the local karate studio our children attend, begins to stalk us, even showing up at our residence.

June 2004-I am informed by the Georgia Bar Association that they will not take any action against Attorney Hawk and that my bar complaint is closed.

June 2004-My new husband's car engine blows as the result of all the motor oil being drained out of the vehicle.

June 2004-My vehicle also begins to experience severe mechanical problems.

September 2004-Upon return to school after summer hiatus, I begin to be harassed by my professors.

September 2004-I meet with a local physician who tells me my lupus blood disorder is active. I tell him the military told me my disorder could only be active during pregnancy. He contradicts this statement

and tells me the disorder can affect me while not pregnant and that I need to start taking an aspirin daily.

September 2004-Contact Attorney John Caldwell and tell him I am filing a second tort action against the Department of Defense for failure to notify me of the true risks and dangers of my blood disorder. Which failure to notify is a legitimate reason for a tort action. Attorney John Caldwell argues that it is not but files the claim regardless of his objections to it.

October 2004-Drop out of college but do complain to school about the harassment.

October 2004-My stepson, Ulysses Gerdes, informs me that he is being harassed by one of his teachers at the local elementary school, stepson Ludwig Gerdes informs me of similar instances with his teachers. New husband and I meet with principle and the teacher who is harassing Ulysses at Forsyth Elementary school, a school that has a large employment staff of military spouses and family members, tell them to cease any and all harassment of Ulysses to include publicly shaming and verbally insulting him in front of other students while in the classroom and lunchroom and during recess.

November 2004-Due to problems with the marriage from the stress of hang up telephone calls, children being harassed again at local schools causing the children to fight at home and the stress of not being able to attend school without being harassed by professors due to Attorney Hawk and Sell and Melton influence and the inability to secure profitable employment, I decide that my children, Michael and Joanna, and I will be leaving Georgia and moving to California.

November 2004-I make a request to my new husband, Eckhard Gerdes, to refinance the home he purchased to provide me with a refund on the $10,000 of my own money I invested in the home when building a private bedroom for my stepson, Ludwig Gerdes. I told my new husband I needed the money for my children and I to relocate to California. My ex-husband agrees but also insists that he and his children should come with us.

Jan 2005-Our family relocates to Menifee, California securing a rental home from Dan Banagas. Our next door neighbor, as it turned out, was a local sheriff and former military member. In my opinion, this fact suggests possible purposeful manipulation of my computer search for properties and infiltration of my computer by Department of Defense affiliated computer techs.

June 2005-Our family is forced to abandoned our rental property, put all of our household goods in storage, and try to relocate to a different area of California due to my being harassed on every single job I secured in the Menifee area and surrounding areas. Each employer had a large pool of Department of Defense employees or the companies were directly in business with the Department of Defense. The largest of these companies being Mayflower Moving and Storage, located in Escondido, California, a company that is the largest Department of Defense household mover worldwide. Also, my new husband, Eckhard Gerdes, was unable to secure full-time employment in the area causing great financial stress.

August 2005-We abandon all hope of relocating within California and travel to Illinois where Eckhard's family resides. Again, I am harassed on job and after from August 2005 through December 2005. Each and every position has a large employment pool of former or active duty reservist military members or family of active duty military members. RJ Construction also tries to set me up to steal money from the company.

August 2005-I settle my second tort action against the Department of Defense for $5500.00. Attorney John Caldwell also has me sign an additional agreement document stating that in the event of my death, no member of my family will seek financial relief from the Department of Defense.

December of 2005-While trying to establish a singing career for myself, I am lured to a "supposed" band audition at a private club located in Cicero, Illinois by the local airport. Both men who arranged the audition, Matt Miller and the other named Jeff professed to be former military members during our first initial meeting and made references to my being wanted dead or alive. During this audition, Matt Miller exited the front of the building where my car was parked and told me not to follow him to stay inside. He then returned to the building via the back door and headed directly for the men's washroom. One week later, as I was returning home to Ohio my transmission on my vehicle stopped working. I was informed by a friend that to ruin someone's transmission on their vehicle all you have to do is pour brake fluid into their transmission fluid. In retrospect, I suspect this was done to my vehicle when Matt Miller went out the front of the building we were at which is why he headed straight for the men's washroom when returning to the building to wash the grease off his hands that he incurred while tampering with my vehicle.

January 2006-My 2 children, Michael and Joanna, and I were forced to leave Illinois due to my children being harassed at the schools and my being harassed by employers. My transmission on my vehicle stopped working during this trip at 2am in the morning on a freeway in Ohio 100 miles from my sister's residence. Upon arriving at my sister's residence at 4am, I notice all the window coverings are missing of her residence windows. She tells me a man named, Mike, who she had been babysitting for had visited her home the day before and removed all the window coverings from her windows. This is relevant due to my daughter Joanna's phobia of open windows at night from the incident where the military member intentionally put a running chain saw within one inch of her face. One hour upon arriving at my sister's residence, Joanna's phobia kicks in, she becomes inconsolable and asks for me to contact her father as she wants to travel to be with him. My son, Michael, insists that he does not want to go but I insist he must as I do not want my 2 children to be separated. The next day, my ex-husband and his new wife, Kelly, pick up our children from my sister's residence. I end up having a complete mental breakdown from having to give up custody of my children, my only real family and companions as I had been estranged from own family since the age of 18 in 1984.

January 2006 through June 2006-I travel between Ohio and Illinois at least 5 times trying to secure employment in both states with no luck.

June 2006-Return home to Ohio for good and return to my mother's residence.

July 2006-Secure a position with a local employment firm in which I am harassed on the job by a former military member and forced to quit.

September 2006-I secure employment with AAnswering Service, Incorporated. I started working at the company when I was 15 years old, however, I had been gone since 1991 when my ex-husband joined the Air Force. From September 2006 until present day, I am on and off mentally harassed by my fellow employees all of which are affiliated with the Department of Defense. 2 women, Michelle Marcus and Sara Slaughter, work for large Department of Defense affiliated firms during their regular full-time employment.

January 2007 through 2009-I attend Cleveland State University to complete my bachelor degree. During those 2 years, I was repeatedly followed around the campus by security personnel who are former military members, my one professor, Dr. Alan S. Rosenbaum, stated how he was best friends with the

head of OSI for the Department of Defense. I was harassed and followed by administrative staff and students all with a Department of Defense affiliation via their family members.

May 2007-I secure a 3rd floor apartment at 18323 Newell Road in Shaker Heights, Ohio. The day I moved in, I was met in the driveway by a woman named Andrea L. Johnson. I discover at a later date through online research of Andrea L. Johnson that she is a former government lawyer, worked for NASA and worked for a law firm called White and Case who represented the Saudi National Oil company called Aramco. Andrea L. Johnson is also a "supposed" intellectual property rights lawyer at California Western School of Law. When I met Andrea L. Johnson her first words out of her mouth were directed at the individual who helped me move, a man named Brian who had mysteriously appeared in one of my friend's lives in 2004. Andrea L. Johnson said the following, "is this the one who thinks everything is a tort claim". Given my 2 tort actions against the Department of Defense, I still find this statement by Andrea L. Johnson as a statement that incriminates and implicates her in my circumstances of being forcibly remanded back to Cleveland, Ohio via stalking and harassment on every single job I secured going all the way back to GIGA Inc. in February of 2000 leaving me unable to establish a new home for myself anywhere in the United States. The only reason I was able to establish employment at AAnswering Service, Incorporated is due to my previous employment history with the company dating back as far as 1981.

August of 2007-Dorothy Lattimore moves into the residence on the first floor. Dorothy Lattimore tells me that her daughter is active duty Army stationed at a base in Texas. During the winter of 2007 and 2008, Dorothy Lattimore travelled to Texas to stay with her daughter and shut off the gas while she was gone. My gas lines were tied to her gas lines. As a result, I was denied heat and hot water for 2 winters, the winter of 2007 and 2008. Also, the neighbors on the second floor were connected to an individual named, Wali Sene(not his real name) from Senegal who was friends with an employee at the Shaker Heights library whose son was active duty army. These neighbors intentionally made loud noises all throughout the daytime hours during my only sleeping time as I was employed on the 3rd shift at AAnswering Service Inc. This sleep deprivation caused me to go hypertonic 3 times between 2007 and 2009. One's body going hypertonic due to lack of sleep is a very serious condition and causes the entire body to go into shock.

April of 2008-Andrea L. Johnson returns to the home she owns next door to mine with a man named Stanley Webster from Anguilla and his friend named Lincoln. The residents in the home are named Bob and Margaret. Bob admits to me during a conversation that he is former military. I became friendly with both Stanley and Lincoln during their time at Andrea L. Johnson's residence as they were completing repairs on the residence for Ms. Johnson. However, the day following a car trip Stanley Webster took with Dorothy Lattimore, I returned home from school to find Stanley Webster waiting for me in the driveway. He offered me an orange. I picked up the orange, noticed the syringe hole in the orange but quickly dismissed the thought that someone had altered the orange chemically. I ate the orange and within 3 hours following my eating that orange, the entire left side of my body was in severe pain for the next 4 days and I could feel the chemicals from the orange coursing through my system for up to 6 months following the incident. The following day, I asked Stanley Webster what he put in the orange; he replied by laughing and telling me "I was lucky I was still alive". I did not know at the time that I could go to the hospital to get a toxin screen done on my blood. However, I did go to the Shaker Heights police department at the time the incident occurred and the officer I reported it to did nothing more than laugh at me. My claim then and now is true in fact.

October 2008-While on the campus of CSU, I asked a man named Dan for a cigarette. Immediately following the cigarette, my mouth becomes severely parched a sensation that last for up to 5 days

afterwards. Also, whatever chemicals Dan put in the cigarette caused me to become extremely lethargic for the rest of that day and caused me to fall asleep during my constitutional law class I attended immediately following smoking the cigarette. I reported the incident to Officer King of the CSU campus police; however, he did nothing to follow up on my claim which was and still is true in fact. Again, I did not know anything about going to a hospital for a toxin screen of my blood. Also, the day following this incident, Sharyn Pines, a fellow employee at AAnswering Service Inc. at present, came up behind me, mocking me, repeating to me over and over again how her mouth was extremely dry. This incident of poisoning coupled with the poisoning of my body with a foreign substance by Stanley Webster from Anguilla caused me to suffer facial disfigurement that can be seen on my face at present.

October 2008-My menses stops. Completely stops. Since 2008, I have only had one other menses and that was in 2012.

October 2009-After moving into a residence in downtown Cleveland, I go to the Salvation Army Thrift store located at East 55th and Euclid Avenue to purchase a new dresser. Stephen Hannah, a former marine, helps me secure the dresser to the top of my vehicle. We exchange telephone numbers and a relationship ensues. The relationship consists of Stephen Hannah using me for sex over a 2 year period, mentally and verbally harassing me and even making physical threats against me when I refused to return his personal property to him at exactly the time he wanted me to.

January 2010-I secure employment with Dish1Up Satellite in downtown Cleveland. Within weeks, people affiliated with the Salvation Army also gain employment at the company.

August of 2010-I am harassed at Dish1Up Satellite by the employees affiliated with the Salvation Army; they lie about me to the supervisors and cause me to be fired.

April 2011-I end up homeless in downtown Cleveland due to being unable to secure new employment after being fired Dish1Up Satellite. While I am homeless and sitting on the steps of the Cleveland Public Library building downtown, I am approached by an older gentleman who tells me he is a former military member. We have a conversation and as he walks away from me he states the following, "and in comes the former bank robber". One week later, I am approached on the streets by Omar Hasan aka Vann Johnson, a former bank robber newly released from the penitentiary. As it turns out, Omar has 5 family members affiliated with the Department of Defense. His father Ernest Hasan/Johnson Sr. served in the Army, his brother Jeffrey Hasan/Johnson served in the Army, his brother Ernest Hasan/Johnson Jr. served in the Navy, his brother Eric Hasan/Johnson just retired from the Army in 2014, his sister-in-law Yvette Hasan/Johnson is active duty Army as this draft is written.

April 2011-Omar is pulled out of the Oriana House of Corrections in Cleveland and given a residence in the Salvation Army. They also provide him with a job.

April 2011 thru July 21, 2015-Over the course of my 4 year time with Omar Hasan aka Vann Johnson from April 2011 until July 21 2015, Omar repeatedly tried to get me arrested via shoplifting, encouraged and facilitates me in becoming addicted to heroin, did not disclose himself as a carrier of HepC and spread the disease to me and many others as a result, sleep deprived my by purposely waking me up every 2 hours on the hour for 3 years straight and attempted to kill me 3 times. The last time being on July 21, 2015 when he physically attacked me, jumping on my back, put me in a reverse choke hold, strangled me until I passed out, urinated on myself and burst my eardrum. Omar then attempted to assault me with a knife before finally leaving my apartment.

June 2014-I begin treatment to cure the HepC I have been given by Omar Hasan aka Vann Johnson

August 2014-I undergo laparoscopic surgery to remove cysts on both my left and right ovaries and an unknown mass attached lodged between my ovaries and my intestines.

19 June 2016
Susan Rebecca Teller

Damages incurred as a result of the Department of Defense's violations to 18 USC 2261a:

End of my first marriage to now retired MSgt. Michael Jasinski.

End of my second marriage to Eckhard Gerdes.

Loss of income due to employment harassment in Georgia, California, Illinois and Ohio which led me to either quit a position or to get fired. Also, loss of income due to denial of employment and homelessness.

Any and all monies I could have made off the sale of the home I shared in Georgia with my second husband, Eckhard Gerdes, that I was forced to abandon due to the actions of Attorney Jon Hawk while he was employed with Sell and Melton law firm in Macon, Georgia.

Loss of 2 vehicles.

Loss of my family pet, Penny, dog.

The loss of everything I have ever worked for 8 times over by being forced to repeatedly move over these last 15 years which is a direct result of the stalking and harassment.

Physical, mental and emotional damage to not only me but my children, Michael and Joanna as well.

Permanent disfigurement of my facial features and complete alteration of my physiological being to include the premature end to my menses at the age of 40 as a direct result of my being poisoned by Stanley Webster from Anguilla and the man named Dan on the CSU campus.

Severe post-traumatic stress disorder I have incurred from repeated traumas of having to relocate, be homeless, be harassed and stalked and Omar Hasan's 3 attempts to end my life.

Agoraphobia which is a direct result of being stalked and harassed not only all over the city of Cleveland but all over these United States.

Loss of Relationship with my children, Michael Jasinski, Joanna Jasinski

Loss of journalism and law career and potential earnings from both

10 June 2016

Susan Rebecca Teller

Plaintiff's expectations for resolution:

A complete and unbiased investigation of violation of 18 USC 2261a on the part of the Department of Defense and people affiliated with the Department of Defense to include former and active duty military personnel, their friends and their family members to include all women at my present place of employment affiliated with the Department of Defense either though other employment or through personal associations, Andrea L. Johnson, Stanley Webster from Anguilla, Dorothy Lattimore, Wali Sene, Cleveland State University, the Salvation Army and all other individuals listed within the timeline plaintiff has provided as facts of the case. All parties involved and punished criminally as outlined within 18 USC 2261a

Monetary award totaling $100,000 to cover the loss of income for reasons mentioned above and to repair the damage done to my physical appearance that is the direct result of being poisoned by Stanley Webster from Anguilla and the man named Dan on the CSU campus.

A written letter of explanation and apology from any and all parties involved with the damages incurred by me, the plaintiff, Susan Teller formerly Susan Jasinski, listed above.

A written guarantee from all parties involved that no more violations to 18 USC 2261a will occur as it pertains to me or anyone else in my family to include extended family.

10 June 2016
Susan Rebecca Teller